2:17-cv-388-WTL-MPB

IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS INDIANA

SCANNED at WVCF and Emailed on
8-14-17 by BH - 17 pages.
(date)   (initials)   (num)

SAMUEL DAVIS

    PLAINTIFF            CASE NO.

    VS

CORIZON - KIM HOBSON, INTERNAL AFFAIRS,

DENTIST (CORIZON) DR. JIMMERSON, GRIEVANCE

SPECIALIST - TERESA LITTLEJOHN

**FILED**

**12:43 pm, Aug 14, 2017**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

COMPLAINT UNDER 42 U.S.C § 1983

I.

    COMES NOW SAMUEL DAVIS, PLAINTIFF PRO SE, WHO FILES HIS COMPLAINT AND COMPLAINS OF DEFENDANTS, AND FOR HIS CAUSE OF ACTION ALLEGES AND SAYS AS FOLLOWS:

    DEFENDANTS AT ALL TIMES RELEVANT TO THIS CAUSE OF ACTION WHERE EMPLOYEED AT THE WABASH VALLEY CORRECTIONAL FACILITY, AND THE INDIANA DEPARTMENT OF CORRECTION, AND FOR THE STATE OF INDIANA, AND THEY'RE DEFINED AS A PERSON UNDER 42 U.S.C § 1983, LIABLE FOR VIOLATION OF FEDERALLY PROTECTED RIGHTS WHILE ACTING UNDER COLOR OF STATE LAW. FURTHER, AT ALL TIMES RELEVANT TO THIS CAUSE OF ACTION DEFENDANTS WHILE ACTING INDIVIDUALLY, UNDER COLOR OF STATE LAW DEPRIVED PLAINTIFF OF FEDERALLY PROTECTED RIGHTS.

II.

NATURE OF CLAIM

    DEFENDANTS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY, ACTING SINGULARY AND IN CONSPIRACY, ENGAGED IN CONDUCT TOWARD ACHIEVING DEPRIVATION OF PLAINTIFF'S FEDERALLY PROTECTED RIGHTS, UNDER COLOR OF STATE LAW. THIS

CONDUCT WAS TO RETALIATE AGAINST PLAINTIFF, FOR HIS PURSUIT OF GRIEVANCES/LAW-SUITS AT THE WABASH VALLEY CORRECTIONAL FACILITY. (THIS WAS MEANT TO PUNISH PLAINTIFF) WITHOUT DUE PROCESS, BASED ON RETALIATION, BASED ON PLAINTIFF FILING AN INFORMAL GRIEVANCE/LAWSUIT.

THESE DEFENDANTS HAVE A CUSTOM/PRACTICE AND POLICY AT THE WABASH VALLEY CORRECTIONAL FACILITY WHEREBY THEY RETALIATED/PUNISH BOTH STAFF AND OFFENDERS. THIS CUSTOM/PRACTICE/POLICY HAS BEEN ONGOING AT THIS FACILITY FOR OVER TWENTY (20) YEARS. THE DEFENDANT'S CONDUCT WAS INTENTIONAL AND GROSSLY NEGLIGENT, DELIBERATELY INDIFFERENCE, AND INDICATIVE OF ACTIVE MALICE TOWARD PLAINTIFF. THESE ACTIONS AND INACTIONS REPRESENT A DIS-REGARD, AND TOTAL INDIFFERENCE OF THE PLAINTIFF'S FEDERALLY PROTECTED RIGHTS, JUSTIFYING AN AWARD OF PUNITIVE DAMAGES IN ADDITION TO ANY ACTUAL AND COMPENSATORY DAMAGES THE PLAINTIFF IS ENTITLED TO RECOVER.

(11)

STATEMENT OF FACTS TO CLAIM:

1. ON JANUARY 17, 2017 THE PLAINTIFF FILED A OFFENDER COMPLAINT-INFORMAL PROCESS LEVEL. STATING- ON 1-4-17 I WENT TO DENTAL AND I TOLD DR. JAY THAT SHE CAUSED ME TO BE IN PAIN. AND SHE GOT SO UPSET TO THE EXTENT SHE PUT HER HANDS ON ME. AND SNATCHED MY HAT OFF MY HEAD, SENDING MY HAT FLYING ONE DIRECTION AND DEW RAG FLYING THE OPPOSITE WAY.

2. ON JANUARY 29, 2017 I FILED AN OFFENDER GRIEVANCE STATING - I AGREE WITH MRS. ROBINSON ALL HATS SHOULD BE REMOVED, BUT DR. JAY NEVER ASKED

2

ME TO REMOVE HAT, SHE WAS ANGRY WITH ME AND INSTEAD OF ASKING ME TO REMOVE HAT OR GIVE ME A CHANCE TO REMOVE HAT, SHE JUST SNATCHED MY HAT OFF MY HEAD.

3. ON OR AROUND 3-6-17 I RECEIVED OFFENDER GRIEVANCE RESPONSE REPORT CASE LOG #95140, DR JIMMERSON STATES - ON THAT DATE YOU HAD YOUR HAT ON, YOUR HANDS WERE CUFFED AND SHE GENTLY REMOVED IT. AND OUT OF RE- TALIATION GRIEVANCE SPECIALIST - TERESA LITTLEJOHNS FINDING - PER THE STATE- MENT NOTED ABOVE THE STAFF MEMBER DID REMOVE THE OFFENDER'S HAT BE- CAUSE HE WAS CUFFED. MRS. LITTLEJOHNS HUSBAND IS FRANK LITTLEJOHN ASSISTANT SUPERINTENDANT OF OPERATION THEREFORE WITHOUT A DOUBT SHE KNOWS I WAS HOUSED IN FHU -318-U. OFFENDERS ARE NOT HANDCUFFED ; THIS IS A RESTRICTED HOUSING UNIT - OFFENDERS ARE ESCORTED BY OFFICERS BUT OFFEN- DERS ARE NOT HANDCUFFED. MRS. LITTLEJOHN CONTINUES TO SHOW A HABIT OF LYING/MISCONDUCT BASED ON RETALIATION FOR PLAINTIFF FILING GRIEVANCES/LAW- SUITS ON HER FRIENDS (CO-WORKERS) AND WHEN GRIEVANCE SPECIALIST - TERE- SA LITTLEJOHN FILES HER DECLARATION OF TERESA LITTLEJOHN SHE COMMITTS PERJURY AND SHE MISLEADS COURTS WITH HER LIES WITH HER FALSIFIED GRIEVANCES. SHE KNOWS OFFENDERS ARE NOT HANDCUFFED IN F-HOUSING UNIT. THIS IS AN ATTEMPT TO COVER-UP FOR DEFENDANT PUTTING HER HANDS ON PLAINTIFF IN AN AN- GRY AGGRESSIVE MANNER. ASSAULTING/BATTERING PLAINTIFF.

4. ON 3-15-17 PLAINTIFF FILED OFFENDER GRIEVANCE PROGRAM.

5. ON OR AROUND APRIL 5, 2017 GRIEVANCE DENIED: THIS HAS BEEN RE- FERRED TO INTERNAL AFFAIRS FOR FURTHER REVIEW. THE GRIEVANCE PROCESS IS NOT THE PLACE TO RESOLVE THIS ISSUE.

6. ON 5-16-17 I SENT INTERNAL AFFAIRS A - IDOC - REQUEST FOR INTER-

VIEW FORM - STATING - SECOND REQUEST REGARDING CASE LOG # 95140 WHICH STATES-

THIS HAS BEEN REFERRED TO INTERNAL AFFAIRS FOR FURTHER REVIEW. AND I WENT ON

TO TELL I.A - I'm IN ALOT OF PAIN DUE TO DR. JAYS NEGLIGENCE MISFITTING TOP

PARTIAL, ETC.

  7. ON 5-19-17 I RECEIVED RESPONSE FROM INTERNAL AFFAIRS OFFICER MS.

RANEY - MR. DAVIS I DID SPEAK TO DR JIMMERSON REGARDING YOUR ISSUE SHE

SAID THAT YOU WERE OFFERED FULL DENTURES BUT YOU SAID YOU WANTED A

PARTIAL, DR. JIMMERSON STATED YOU WERE TOLD THAT THE PARTIAL WOULD DA-

MAGE YOUR TEETH.

KNOW WHAT TYPE OF SENSE DOES THAT MAKE, FIRST OF ALL I WOULDN'T EVEN QUA-

LIFY FOR FULL DENTURES. SECONDLY, SO MS. RANEY (WITNESS) IS BASICALLY SAYING THAT

MS. JAY KNEW PARTIAL WOULD MESS MY TEETH UP AND SHE FITTED ME FOR PARTIAL

AND KNOW TOP 2 CANINES, BOTTOM 2 CANINES, AND BOTTOM 4 TEETH BETWEEN

CANINES ARE RUIN. LASTLY, OUT OF RETALIATION FOR PLAINTIFF FILING GRIEVANCES/

LAWSUITS ON HER FRIENDS (CO-WORKERS) NEVER STATED ANYTHING ABOUT MS.

JIMMERSON PUTTING HER HANDS ON ME AND SNATCHING MY HAT OFF MY HEAD.

THIS IS THE MISCONDUCT THE PLAINTIFF CONTINUES TO RECIEVE FROM STAFF

AT THE WABASH VALLEY CORRECTIONAL FACILITY BASED ON RETALIATION

  8. ON 1-5-17 I FILED THE FIRST - OFFENDER COMPLAINT - INFORMAL PROCESS LEVEL

FORM IN THIS MATTER STATING - ON 1-4-17 BETWEEN 9:20 A.M TO 10:10 A.M I WENT

TO DENTAL. I HAD MY HAT ON AND BEFORE I COULD TAKE IT OFF. DR. JAY AS-

SAULTED ME IN A AGGRESSIVE MANNER BY SNATCHING MY HAT OFF OF MY HEAD. ITS

AGAINST POLICY FOR STAFF TO PUT THEIR HANDS ON OFFENDERS. ALL SHE HAD

TO DO WAS REMIND ME TO TAKE IT OFF.

## IV
### PLAINTIFF'S CLAIMS
### CLAIM 1
### VIOLATION OF TITLE 42 U.S.C 61983

9. PLAINTIFF REITERATES AND INCORPORATES BY REFERENCE EACH AND EVERY ALLEGATION, AND REITERATES AND INCORPORATES EACH AND EVERY CLAIM/DAMAGES IN HIS COMPLAINT FILED IN THIS MATTER

### CLAIM II

10. DEFENDANTS, TOOK AN ACTIVE PART (BY CONSPIRACY) IN RETALIATING AGAINST PLAINTIFF. THIS CONDUCT WAS TO RETALIATE AGAINST PLAINTIFF, FOR HIS PURSUIT OF GRIEVANCES/LAWSUITS ON THEIR FRIENDS (CO-WORKERS) AT THE WABASH VALLEY CORRECTIONAL FACILITY. VIOLATING PLAINTIFF'S FIRST, FIFTH, AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION, AND CONSTITUTES ILLEGAL PUNISHMENT, WITHOUT DUE PROCESS, INTENTIONAL WANTON AND MALICOUS CONDUCT, AND IS INDICATIVE OF THE DEFENDANTS TO-TAL AND RECKLESS DISREGARD OF, AND DELIBERATE INDIFFERENCE TO THE CON-STITUTIONAL RIGHTS OF DAVIS.

CLAIM III

PUNITIVE DAMAGES

11. PLAINTIFF REITERATES AND INCORPORATES BY REFERENCE EACH AND EVERY ALLE-GATION IN THIS CLAIM.

12. THE ACTIONS AND DELIBERATE CONDUCT BY THIS DEFENDANT IN ATTEMPTING TO RETALIATE AGAINST PLAINTIFF, AND IN RETALIATING AGAINST PLAINTIFF, RESULTING IN HIT-TING/STRIKING PLAINTIFF, WHEN THIS DEFENDANT KNOW THAT THIS TYPE OF CONDUCT IS STRICTLY FORBIDDEN BY IDOC POLICY, STATE AND FEDERAL LAW. BASED ON THIS; PLAINTIFF SEEKS PUNITIVE DAMAGES IN THE AMOUNT OF $25,000, TO DETER THIS DEFENDANT FROM THIS TYPE OF CONDUCT IN THE FUTURE.

V.

PRAYER FOR RELIEF

WHEREFORE, THE PLAINTIFF SAMUEL DAVIS RESPECTFULLY PRAYS THAT THIS COURT AFFORD THE FOLLOWING RELIEF RELATIVE TO THIS SUPPLEMENTAL COMPLAINT:

13. ALLOW PLAINTIFF TO FILE THIS COMPLAINT IN THIS ACTION.

14. DECLARE THAT THE ACTS OF DENIALS OF THE DEFENDANT DESCRIBED HEREIN VIOLATED DAVIS' RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

15. ENTER AN DECLARATORY JUDGEMENT THAT THE DEFENDANT HAVE VIOLATED THE FIRST, FIFTH, EIGHT, AND THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION FOR THE

REASONS SPECIFIED ABOVE.

16. ENTER AN ORDER AWARDING DAMAGES IN FAVOR OF PLAINTIFF IN THE AMOUNT OF 25-THOUSAND DOLLARS, PER EACH DEFENDANT. FURTHER, PURSUANT TO U.S.C §1988 TO MAKE PLAINTIFF WHOLE, HE SHOULD RECEIVE THE COSTS OF THIS ACTION AND RELATED FEES, AS ALLOWED BY LAW, AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY, AND AN ADDITIONAL AWARD OF PUNITIVE DAMAGES IN THE AMOUNT OF $25,000, TO DETER THESE DEFENDANTS FROM THIS TYPE OF CONDUCT IN THE FUTURE.

17. ENTER AN ORDER OF PROTECTION/OR A PRELIMINARY INJUNCTION FOR ALL EVIDENCE IN THIS MATTER TO BE PRESERVED BY THE DEFENDANTS. BASED ON THE DEFENDANT'S RETENTION POLICY (INDIANA DEPARTMENT OF CORRECTION POLICY #00-04-102) WHICH ALLOWS THEM TO DESTROY DOCUMENTS AS A MATTER OF ROUTINE, SIMPLY BASED ON TIME FRAMES HAVING PASSED, MAKING THIS ORDER OF PROTECTION/PRELIMINARY INJUNCTION NECESSARY TO PRESERVE EVIDENCE IN THIS CAUSE.

18. ORDER A SCHEDULE TO ESTABLISH DATES FOR THE COMPLETION OF DISCOVERY AND OTHER PRETRIAL PROCEDURES, INCLUDING A DATE SET FOR JURY TRIAL (WHICH IS REQUESTED IN THIS ACTION).

19. ORDER ANY SUCH ADDITIONAL RELIEF AS THIS COURT MAY DEEM JUST AND PROPER.

RESPECTFULLY SUBMITTED,

Samuel Davis

SAMUEL DAVIS, D.O.C #962441

VERIFICATION

I, SAMUEL DAVIS, HEREBY VERIFY, UNDER THE PENALTIES OF PERJURY, THAT THE FACTS, DATES, AND CONTENTS OF THE FORGOING PLAINTIFF'S COMPLAINT UNDER 42 U.S.C. §1983, AND ATTACHED DOCUMENTS ARE AUTHENTIC, TRUE, AND CORRECT TO THE BEST OF MY KNOWLEDGE, SWORN THIS 6th DAY OF AUGUST, 2017.

Samuel Davis

SAMUEL DAVIS D.O.C #962441
PLAINTIFF, PRO SE

CERTIFICATE OF SERVICE

I SAMUEL DAVIS, HEREBY CERTIFY THAT ON THE 6th DAY OF AUGUST , 2017 A COPY OF THE FORGOING COMPLAINT WAS FILED ELEC-TRONICALLY. SERVICE OF THIS FILING WILL BE MADE ON ALL ECF-REGISTERED COUNSEL BY OPERATION OF THE COURTS ELECTRONIC FILING SYSTEM. PARTIES MAY ACCESS THIS FILING THROUGH COURTS SYSTEM.

Samuel Davis
SAMUEL DAVIS
PLAINTIFF PRO SE

8